1 | Richard M. Heimann (State Bar No. 063607)
rheimann@lchb.com
2 | Eric B. Fastiff (State Bar No. 182260)
efastiff@lchb.com
3 | Brendan P. Glackin (State Bar No. 199643)
bglackin@lchb.com
4 | Marc A. Pilotin (State Bar No. 266369)
mpilotin@lchb.com
5 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
6 | San Francisco, CA 94111-3339
Telephone:     (415) 956-1000
7 | Facsimile:     (415) 956-1008

8 | *Attorneys for Plaintiff Proview Technology Inc.*

9 | [Additional Counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:12-cv-3802-SI |
| | MDL No. 3:07-md-1827-SI |
| This Document Relates to Individual Case No. 3:12-cv-3802-SI | [~~PROPOSED~~] **ORDER DISMISSING AU OPTRONICS CORPORATION AND AU OPTRONICS CORPORATION AMERICA** |
| PROVIEW TECHNOLOGY INC., | |
| Plaintiff, | Judge:    The Honorable Susan Illston |
| v. | Location: Courtroom 10, 19th Floor |
| AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA, INC.; CHI MEI CORPORATION; CHI MEI INNOLUX CORPORATION; CHI MEI OPTOELECTRONICS USA, INC.; LG DISPLAY CO. LTD; LG DISPLAY AMERICA, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG ELECTRONICS CO. LTD; SAMSUNG SEMICONDUCTOR, INC.; and HANNSTAR DISPLAY CORPORATION, | |
| Defendants. | |

1257529.1

[~~PROPOSED~~] ORDER DISMISSING AUO
DEFENDANTS; NO. 3:12-CV-03802-SI, MDL NO. 1827

1  The Court having considered the Stipulation Dismissing AU Optronics Corporation and AU Optronics Corporation America, and good cause appearing therefore, orders as follows:

1. All claims asserted by Proview Technology, Inc., against AU Optronics Corporation and AU Optronics Corporation America in this action are hereby dismissed with prejudice under Fed. R. Civ. P. 41(a)(2).

2. Each party to the Stipulation shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: ___May 20___, 2015

_____
The Honorable Susan Illston
United States District Judge

1257529.1

-1-

[~~PROPOSED~~] ORDER DISMISSING AUO DEFENDANTS; NO. 3:12-CV-03802-SI, MDL NO. 1827